Exhibit 



UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

## Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Aug 14 04:36:32 EDT 2004*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [          ]   OR   Jump   to record: [          ]   **Record 5 out of 5**

---

Check Status *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | **TWISTED SISTER** |
| **Goods and Services** | IC 041. US 107. G & S: ENTERTAINMENT SERVICES RENDERED BY A VOCAL AND INSTRUMENTAL GROUP. FIRST USE: 19730602. FIRST USE IN COMMERCE: 19730602 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73130716 |
| **Filing Date** | June 17, 1977 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 1098366 |
| **Registration Date** | August 1, 1978 |
| **Owner** | (REGISTRANT) TWISTED SISTER PARTNERSHIP COMPOSED OF JOHN AND KENNETHHILL PARTNERSHIP UNITED STATES 41 ELSTON ROAD UPPER MONTCLAIR NEW JERSEY 07043

(LAST LISTED OWNER) FRENCH, JOHN INDIVIDUAL ASSIGNEE OF UNITED STATES C/O REBELLION MUSIC, INC. 165 WEST 91ST STREET, SUITE 6A NEW YORK NEW YORK 10024 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of** | |

| | |
|---|---|
| **Record** | MEYER A GROSS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Renewal** | 1ST RENEWAL 19990112 |
| **Live/Dead Indicator** | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT**

# Exhibit B



# *Twisted Sisters Gift Gallery*

**Northwood Plaza**
**2560 B McMullen Booth Rd.**
**Clearwater, Florida 33761**
**(727)726-2555 Fax: (727)726-2557**

*INFO@TWISTEDSISTERS.COM*

## Located between Starbucks and Pappas Restaurant

| | | |
|---|---|---|
| **Home Decor** | **Whimsical Art** | **Jewelry** |
| **Artglass** | **Lighting** | **Silk Flowers** |
| **Metal Sculpture** | **Bath & Body** | **Candles** |

| Location Map | Virtual Store | Email us | Guest Book |
|---|---|---|---|

**See Location Map for Holiday Hours**

Exhibit C

SCHWEITZER CORNMAN GROSS & BONDELL LLP

ATTORNEYS AT LAW

PATENT TRADEMARK AND COPYRIGHT MATTERS

292 MADISON AVENUE

NEW YORK NY 10017

TELEPHONE (646) 424-0770
TELEFAX    (646) 424-0880

January 12, 2004

**CERTIFIED MAIL – RRR**

Mr. John Landon
LMA
31622 US 19 North
Palm Harbor, FL  34684

> Re:   Infringement of U.S. Trademark Registration No. 1,098,366 for
>        TWISTED SISTER; twistedsisters.com
>        Our File:      1147-000

Dear Mr. Landon:

We represent John French, a founding member of the world-famous music group Twisted Sister. Through an internet search, we discovered that you have registered the domain name twistedsisters.com with Go Daddy Software, Inc.

As you are undoubtedly aware, the Twisted Sister band has enjoyed tremendous success in both the United States and throughout the world. The TWISTED SISTER trademark has been continuously used by Mr. French, the band and authorized licensees since at least as early as June 2, 1973, and Mr. French was granted U.S. Trademark Registration No. 1,098,366 on August 1, 1978.

As a result of the tremendous and continued success of the band and the widespread use of TWISTED SISTER as a trademark for over thirty (30) years for entertainment services, various goods and extensive advertising, Mr. French has developed extremely valuable good will in the TWISTED SISTER trademark. In fact, the trademark is so well known, that any use of the TWISTED SISTER name/trademark causes consumers to believe there exists an affiliation between the band and the user of the mark. We can think of no other reason you would have registered the domain name twistedsisters.com except to take advantage of the TWISTED SISTER good will and customer and fan base.

Your unauthorized use of TWISTED SISTER as a domain name and trade name in connection with a "Gift Gallery" causes unlawful dilution of the strength of the

registered TWISTED SISTER trademark and constitutes trademark infringement. Web users seeking to obtain information, goods or services associated with the Twisted Sister band will, instead, be directed to your website and misled into believing that the Twisted Sister band has approved of or sponsored such a use. This confusion will lead to substantial damage to the good will and value of the TWISTED SISTER trademark.

Under the circumstances, we demand that you immediately cease all use of any domain name, trademark, or trade name similar to TWISTED SISTER. Specifically, we demand that you:

(1)     immediately cease and desist any and all use of the domain name twistedsisters.com, or any variations thereof, in connection with not only your website but any other promotional or advertising medium;

(2)     take immediate steps to transfer the twistedsisters.com domain name to Mr. French; and

(3)     immediately cease and desist any and all future use of the mark TWISTED SISTER, or any variation thereof, in connection with not only your website but any other promotional or advertising medium.



SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. John Landon
LMA
31622 US 19 North
Palm Harbor, FL  34684

2. Article Number
(Transfer from service label)
7003 0500 0002 2775 5630

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X _____   ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
N. Caride   1-15-4
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3800, June 2002

344844+3723 is
Street, Apt. No.; or PO Box No. LMA - 31622 US 19 North
City, State, ZIP+4 Palm Harbor, FL  34684
See Reverse for Instructions

itz L. Schweitzer III

Exhibit D

Schwitzer,Cornman,Gross & Bondell, LLP
292 Madison Avenue
New York, NY 10017

January 23,2004

**Attn:  Fritz L. Schweitzer III**

**RE:  www.twistedsisters.com**

Dear Mr. Schweitzer:

I am in receipt of your letter dated January 12th which demands that we
immediately suspend use of the above referenced web address.

For your information, **Twisted Sisters Incorporated**, is a Florida Corporation
founded by two sisters that has been in continuous operation as a gift gallery
since 1998. One of the sisters happens to be my wife.

We consider your claims of trademark infringement etc. ludicrous and are
prepared to defend our rights to use this domain as appropriate.

That said, we are concerned that our gift gallery might be confused with some of
the pornographic web sites such as www.twisted-sisters.com and have reserved
the new domain name of www.twistedsistersgiftgallery.com as our main site.

If your client would like to pay the expense of transferring the twistedsisters.com
domain to you, we would be more than happy to do so, otherwise we will
maintain this site and simply redirect traffic to our new site until this domain name
expires.

We would welcome the opportunity to discuss ways in which we could address
the proliferation of pornographic sites with similar names which the general public
might confuse with either of our legitimate business names.

I will try to give you a call next week to discuss. In the meantime, if you have an
opportunity, please feel free to contact me at (727)789-5010 x 203.

Sincerely,

John O. Landon

# Exhibit E

# LARSON & LARSON, P.A.
### ATTORNEYS AT LAW
Practicing Domestic & International
Patent Trademark & Copyright Law
Trial and Appellate Litigation

H. WILLIAM LARSON
HERBERT W. LARSON
ALSO ADMITTED IN DELAWARE AND THE DISTRICT
OF COLUMBIA AND REGISTERED TO PRACTICE
BEFORE THE U. S. PATENT AND TRADEMARK
OFFICE. (REG. NO. 21008).
JAMES E. LARSON
REGISTERED TO PRACTICE BEFORE THE
U. S. PATENT AND TRADEMARK OFFICE
(REG. NO. 57867).

April 23, 2004

11199-69th STREET NORTH
LARGO, FL 33773-5504
727-546-0660
FAX 727-545-1595

SCHWEITZER CORNMAN
GROSS & BONDELL LLP

*1147-000*

APR 2 6 2004

FLS____ FS3___ JAB ____
MAC ___   MAG ___
TM ___ OK to File ___

Fritz L. Schweitzer, III
Schweitzer, Cornman et al
292 Madison Ave.
New York, NY 10017

Re:   ***Twisted Sisters***
      Your File 1147
      My File 1899

Dear Mr. Schweitzer:

Our firm represents Twister Sisters, Inc. in intellectual property matters.  I have your letter of January 12, 2004.

Our client operates a small gift shop in Palm Harbor Florida.  Their business has no connection to any rock band.  There exists no likelihood that any person would erroneously assume and association with your client.  Their clients likely have never even heard of the rock band you represent.

As an offer of compromise, my client will abandon the URL but they intend to retain their gift shop trade name.

Under the circumstances, this appears to be a suitable resolution.  I enclose a couple of pictures of their shop to show their current business.  They have no affiliation with any rock music or the like.  They sell no music.

I trust this resolves the matter.

Very truly yours

Larson & Larson

H. William Larson

# Exhibit F



Exhibit G

**Network Solutions**

Hi FRITZ SCHWEIT

WHOIS     VIEW ORDER     CUSTOMER SERVICE     **ACCOUNT MANAG**

HOME   REGISTER   CREATE A   BUY   PURCHASE   PROMOTE   GROW YOUR   TRANSFER
A DOMAIN   WEB SITE   E-MAIL   HOSTING   YOUR SITE   BUSINESS   YOUR DOMAI

**Private Registration**
Protect your privacy from spammers and telemarl

# WHOIS SEARCH RESULTS

**WHOIS RECORD FOR**

## twistedsistersgiftgallery.com

Certified Offer Service - Make an offer on this domain
Backorder - Get this name when it becomes available
Similar Names - See suggested alternatives for this domain

The data contained in Go Daddy Software, Inc.'s WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of Go Daddy Software, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, Go Daddy Software, Inc.
is not the registrant of domain names listed in this database.

Registrant:
  Twisted Sisters Incorporated
  c/o LMA,Inc.
  31622 US 19 North
  Palm Harbor, Florida 34684
  United States

  Registered through: GoDaddy.com
  Domain Name: TWISTEDSISTERSGIFTGALLERY.COM
    Created on: 21-Jan-04
    Expires on: 21-Jan-05
    Last Updated on: 21-Jan-04

  Administrative Contact:
    LANDON, JOHN  LANDON@LMAENGR.COM
    Twisted Sisters Incorporated
    c/o LMA,Inc.
    31622 US 19 North
    Palm Harbor, Florida 34684
    United States
    7277895010     Fax -- 7277874394

**BUY THE AVAILABLE EXT
FOR THIS DOMAIN NAI**

twistedsiste...
twistedsiste...
twistedsiste...
twistedsiste...
twistedsiste...
twistedsiste...
twistedsiste...
twistedsiste...
twistedsiste...
twistedsiste...
twistedsiste...
twistedsiste...
twistedsiste...
twistedsiste...

**SEARCH AGAIN**

**Enter a search term:**

e.g. networksolutions.

**Search by:**
◉ Domain Name
○ NIC Handle
○ IP Address

SEAR

Technical Contact:
  LANDON, JOHN  LANDON@LMAENGR.COM
  Twisted Sisters Incorporated
  c/o LMA,Inc.
  31622 US 19 North
  Palm Harbor, Florida 34684
  United States
  7277895010     Fax -- 7277874394

Domain servers in listed order:
  PARK9.SECURESERVER.NET
  PARK10.SECURESERVER.NET

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| **Current Registrar:** | GO DADDY SOFTWARE, INC. |
| **IP Address:** | 64.202.167.192   (ARIN & RIPE IP search) |
| **IP Location:** | US(UNITED STATES)-ARIZONA-SCOTTSDALE |
| **Record Type:** | Domain Name |
| **Server Type:** | Apache 1 |
| **Lock Status:** | REGISTRAR-LOCK |
| **Web Site Status:** | Parked |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Secure:** | Yes |
| **E-commerce:** | Yes |
| **Traffic Ranking:** | Not available |
| **Data as of:** | 08-Jun-2004 |

When you register a domain name, current policies require that the contact information for your domain name registrati included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-v automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these ter The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to persons in obtaining information about or related to a domain name registration record. Network Solutions does not gua accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise supp transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The co repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Networ You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network S reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminat access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without li excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions re right to modify these terms at any time.

Back to top | About Us | Partnerships | Customer Service | Site Map

Home   Register a Domain   Create a Web Site   Buy E-mail   Purchase Hosting   Promote Your Site   Grow Your Business   Transfer Your Domains   Renew Services   Account Manage

Review our Privacy Policy, Service Agreement, and Legal Notice
© Copyright 2004 Network Solutions. All rights reserved.

**NetworkSolutions**

HI FRITZ SCHWEIT

WHOIS    VIEW ORDER    CUSTOMER SERVICE    **ACCOUNT MANAG**

| HOME | REGISTER A DOMAIN | CREATE A WEB SITE | BUY E-MAIL | PURCHASE HOSTING | PROMOTE YOUR SITE | GROW YOUR BUSINESS | TRANSFER YOUR DOMAI |

## Private Registration
### Protect your privacy from spammers and telemark

# WHOIS SEARCH RESULTS

**WHOIS RECORD FOR**

**BUY THE AVAILABLE EX FOR THIS DOMAIN NA**

## twistedsisters.com

IMAGE NOT AVAILABLE

Certified Offer Service - Make an offer on this domain
Backorder - Get this name when it becomes available
Similar Names - See suggested alternatives for this domain

The data contained in Go Daddy Software, Inc.'s WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of Go Daddy Software, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, Go Daddy Software, Inc.
is not the registrant of domain names listed in this database.

Registrant:
  LMA
  31622 US 19 North
  Palm Harbor, Florida 34684
  United States

  Registered through: GoDaddy.com
  Domain Name: TWISTEDSISTERS.COM
    Created on: 01-Jul-99
    Expires on: 01-Jul-06
    Last Updated on: 11-Feb-04

  Administrative Contact:
    Landon, John  landon@lmaengr.com
    LMA
    31622 US 19 North
    Palm Harbor, Florida 34684
    United States

twistedsiste...

twistedsiste...

twistedsiste...

twistedsiste...

twistedsiste...

twistedsiste...

twistedsiste...

twistedsiste...

twistedsiste...

**SEARCH AGAIN**

**Enter a search term:**

e.g. networksolutions.

**Search by:**
- ● Domain Name
- ○ NIC Handle
- ○ IP Address

SEAR

Name you w
already ta

Make a Certified

(727)789-5010     Fax -- (727)787-4394
Technical Contact:
  Landon, John  landon@lmaengr.com
  LMA
  31622 US 19 North
  Palm Harbor, Florida 34684
  United States
  (727)789-5010     Fax -- (727)787-4394

Domain servers in listed order:
  PARK15.SECURESERVER.NET
  PARK16.SECURESERVER.NET
The previous information has been obtained either directly from the registrant or a
registrar of the domain name other than Network Solutions. Network Solutions,
therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| **Current Registrar:** | GO DADDY SOFTWARE, INC. |
| **IP Address:** | 64.202.167.129  (ARIN & RIPE IP search) |
| **IP Location:** | US(UNITED STATES)-ARIZONA-SCOTTSDALE |
| **Record Type:** | Domain Name |
| **Server Type:** | Apache 1 |
| **Lock Status:** | ACTIVE |
| **Web Site Status:** | Active |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Secure:** | Yes |
| **E-commerce:** | Yes |
| **Traffic Ranking:** | Not available |
| **Data as of:** | 08-Jun-2004 |

When you register a domain name, current policies require that the contact information for your domain name registrati
included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information
www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-vo
automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these term
The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to
persons in obtaining information about or related to a domain name registration record. Network Solutions does not gua
accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use
only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise supp
transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile;
enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The co
repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network
You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network So
reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminat
access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without lir
excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions re
right to modify these terms at any time.



Back to top | About Us | Partnerships | Customer Service | Site Map

| Home | Register a Domain | Create a Web Site | Buy E-mail | Purchase Hosting | Promote Your Site | Grow Your Business | Transfer Your Domains | Renew Services | Account Manage |
|---|---|---|---|---|---|---|---|---|---|

Review our Privacy Policy, Service Agreement, and Legal Notice
© Copyright 2004 Network Solutions. All rights reserved.