UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

―――――――――――――――――――

JOHN FRENCH,

          Plaintiff,

    vs.                           CASE NO. 8:04-cv-1973-T-24MAP

TWISTED SISTERS, INC. (d/b/a
Twisted Sisters and as Twisted
Sisters Gift Gallery), SANDRA S.
LANDON and MICHAEL K. WHITNEY,

          Defendants.

―――――――――――――――――――

## **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

      The parties, through their undersigned trial counsel, stipulate and move the court to dismiss this action without prejudice pursuant to Civil Rule 41(a)(1).


/Joryn L. Jenkins/
Joryn L. Jenkins, Esq.,
Trial Counsel For Plaintiff
Florida State Bar No. 366072
**Joryn Jenkins & Associates**
3839 West Kennedy Boulevard
Tampa, FL 33609
(813) 870-3839 Telephone
(813) 877-3839 Facsimile
joryn@jorynjenkinslaw.com

/H. William Larson/
H. William Larson, Esq.
Florida State Bar No. 969930
Trial Counsel For Defendants
**Larson & Larson, P.A.**
11199 69th Street North
Largo, FL 33773
727-546-0660 Telephone
727-545-1595 Facsimile
larsonb@tampabay.rr.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on June 24, 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I will send a notice of electronic filing to opposing counsel of record.

<u>s/ H. William Larson, Esq.</u>
H. William Larson, Esq.
Fla Bar No. 969930
Trial Counsel for Defendants
LARSON & LARSON, P.A.
11199 69th Street North
Largo, FL 33773
727-546-0660 telephone
727-545-1595 facsimile
larsonb@tampabay.rr.com